RECEIVED
IN ALEXANDRIA, LA.

APR - 5 2013

TONY R. MOORE, CLERK
BY _____
     DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LEANDES LESTER | CIVIL ACTION NO. 12-1161 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| LASALLE MANAGEMENT CO., ET AL | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the magistrate judge previously filed herein, the Court concludes that the proposed findings and recommendation are correct under the applicable law.

Additionally, the Court notes the copy of the report and recommendation mailed January 11, 2013 to Mr. Lester's last known address was returned to the Clerk of Court on January 18, 2013, marked "return to sender". More than thirty days have passed since January 18, 2013, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W and Rule 41(b) of the Federal Rules of Civil Procedure is also appropriate. Accordingly,

IT IS ORDERED that plaintiff's complaint be DISMISSED WITHOUT PREJUDICE in accordance with the provisions of FRCP 41(b).

SIGNED on this 5th day of April, 2013, at Alexandria, Louisiana.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT